Stephen N. Hollman, Esq., (SBN 55219)
Business & Technology Law Group
95 S. Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
E-Mail: shollman@businessandtechnologylawgroup.com

Attorney for Plaintiff, uiActive, Inc., formerly known as Xumii, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| uiACTIVE, INC., a Delaware corporation, formerly known as Xumii, Inc.<br><br>Plaintiff,<br><br>v.<br><br>MYRIAD GROUP, AG., a Swiss corporation; ERIK HANSEN, an individual; and STEPHEN DUNFORD, an individual,<br><br>Defendants. | **CASE NO. 3:16-cv-07349-SI**<br><br>**FINAL STIPULATION TO DISMISSAL OF COMPLAINT BY PLAINTIFF**<br><br>[*Conformed Signatures Permitted*] |

Pursuant to Fed. R. Civ. P. Rule 41, plaintiff, uiActive, Inc. (hereinafter referred to as "Plaintiff"), and defendants, Myriad Group, AG, Stephen Dunford, and Erik Hansen (collectively hereinafter referred to as "Defendants"), acting by and through their undersigned attorneys, hereby stipulate and agree that Plaintiff voluntarily dismisses its Complaint (ECF No. 1) without any prejudice whatsoever, express or implied, in the above-entitled action.

IT IS SO STIPULATED.

//

//

//

//

Business & Technology Law Group
95 S. Market Street, Suite 300
San Jose, CA 95113

CASE NO. 3:16-cv-07349-SI
FINAL STIPULATION TO DISMISSAL
OF COMPLAINT BY PLAINTIFF

- 1 -

| | | |
|---|---|---|
| DATED: May 4, 2017 | | BUSINESS & TECHNOLOGY LAW GROUP |

By: ***Stephen N. Hollman***
Stephen N. Hollman
Attorney for Plaintiff,
uiActive, Inc., formerly known
as Xumii, Inc.

DATED: May 4, 2017     COOLEY LLP

By: ***Matthew W. Brown***
Matthew M. Brown

COOLEY LLP
101 California St., 5th Floor
San Francisco, CA 94109
(415) 693-2000
*brownmm@cooley.com*

Jessica Valenzuela Santamaria
Michelle Ton
175 Hanover Street
Palo Alto, CA 94304-1130
*jvs@cooley.com*
*mton@cooley.com*

Attorneys for Defendants
Myriad Group, AG, Erik Hansen, and Stephen Dunford

## **ATTESTATION**

Pursuant to L. R. 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatory thereto.

Dated: May 4, 2017     BUSINESS & TECHNOLOGY LAW GROUP

By: ***Stephen N. Hollman***
Stephen N. Hollman
Attorney for Plaintiff,
uiActive, Inc., formerly known
as Xumii, Inc.

//
//
//

Business & Technology Law Group
95 S. Market Street, Suite 300
San Jose, CA 95113

- 2 -

CASE NO. 3:16-cv-07349-SI
FINAL STIPULATION TO DISMISSAL
OF COMPLAINT BY PLAINTIFF

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: May __4__, 2017

_____
Honorable Susan Illston
United States Senior District Judge

Business & Technology Law Group
95 S. Market Street, Suite 300
San Jose, CA 95113

CASE NO. 3:16-cv-07349-SI
FINAL STIPULATION TO DISMISSAL
OF COMPLAINT BY PLAINTIFF

- 3 -